DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| DAVID JOHN and MARCIA JANE CASKEY | Chapter 13<br>Case No. 11-1-3396AJ13<br><br>NOTICE OF UNCLAIMED<br>CHAPTER 13 CREDITOR<br>PAYMENTS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $3,769.11 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 3 | CLERK OF THE COURT FOR<br>RICHARD JENDERSECK<br>3627 CROWN HILL DRIVE<br>SANTA ROSA, CA 95404 | $3,769.11 |

Dated:   June 6, 2017                                       /s/ CECILIA MARCELO
                                                            CECILIA MARCELO
                                                            Receipts Administrator